**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK MEDINA,<br><br>            Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>            Defendant. | Case No. 2:25-cv-00470-GMN-EJY<br>Case No. 2:25-cv-00477-GMN-NJK<br>Case No. 2:25-cv-00484-GMN-BNW<br><br>**Order Reassigning Cases to the Same Magistrate Judge** |
| KIM SISEMORE,<br><br>            Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>            Defendant. | |
| PATRICIA HUTCHINSON,<br><br>            Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>            Defendant. | |

There are approximately 20 actions pending in this district related to Defendant Portfolio Recovery Associates, LLC. Three of those cases are before Judge Gloria M. Navarro. *See* 2:25-cv-00470-GMN-EJY; 2:25-cv-00477-GMN-NJK; 2:25-cv-00484-GMN-BNW.

A notice of related cases was filed in *Frank Medina v. Portfolio Recovery Associates, LLC*, Case No. 2:25-cv-00470; *Kim Sisemore v. Portfolio Recovery Associates, LLC*, Case No. 2:25-cv-00477; and *Patricia Hutchinson v. Portfolio Recovery Associates, LLC*, Case Number 2:25-cv-00484, by Defendant. An examination of the notice reveals that these actions are related to one another within the meaning of Local Rule 42-1. All actions involve similar questions of fact and the same question of law, and their assignment to the same magistrate judge is likely to effect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different magistrate judges. LR 42-1(a)(5).

Because the cases are related, assignment to the same magistrate judge for purposes of discovery is likely to result in a substantial savings of judicial effort and reduce duplication of labor. *See* Fed. R. Civ. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer this action to the magistrate judge whom the earliest-filed action is assigned to for all further proceedings.

## Conclusion

The Clerk of Court is therefore kindly directed to reassign 2:25-cv-00470-GMN-EJY, 2:25-cv-00477-GMN-NJK, and 2:25-cv-00484-GMN-BNW to Magistrate Judge Maximilliano D. Couvillier III for all further proceedings. The cases shall remain assigned to District Judge Gloria M. Navarro.

Dated: March __18__, 2025.

_____
Gloria M. Navarro
United States District Judge