1   Michael Kind, Esq.
2   Nevada Bar No.: 13903
    **Kind Law**
3   8860 South Maryland Parkway, Suite 106
4   Las Vegas, Nevada 89123
5   (702) 337-2322
    (702) 329-5881 (fax)
6   mk@kindlaw.com
7   *Attorney for Plaintiff*

8                **UNITED STATES DISTRICT COURT**
9                   **DISTRICT OF NEVADA**

10
    Patricia Hutchinson,                    Case No.: 2:25-cv-00484-GMN-MDC
11
12              Plaintiff,                   **Plaintiff's motion to remove**
13  v.                                       **Matthew Tripp-Cox from the**
    Portfolio Recovery Associates LLC,       **service list**
14
15              Defendant.
16

17          Patricia Hutchinson, by and through counsel, hereby requests that

18  attorney **Matthew Tripp-Cox** be removed from the CM/ECF service list in

19  this matter.

20          Mr. Tripp-Cox (Nevada Bar No. 16642) is licensed to practice law in

21  the State of Nevada, including in the Eighth Judicial District Court, from

22  where this case was removed. Although he plans to apply in the near future,

23  Mr. Tripp-Cox has not yet applied for admission to this Court.

24          Plaintiff will continue to be represented by attorney Michael Kind in

25  this matter.

Motion                          - 1 -

1    Accordingly, Plaintiff respectfully requests that this Court direct the

2    Clerk of the Court to remove Matthew Tripp-Cox from the CM/ECF Service

3    List.

4    Dated: March 25, 2025.

5    **KIND LAW**

6

7    */s/ Michael Kind*

     Michael Kind, Esq.

8    8860 South Maryland Parkway, Suite 106

     Las Vegas, Nevada 89123

9    *Attorney for Plaintiff*

10

11

12

13                    IT IS SO ORDERED.

14

15    _____

16    UNITED STATES MAGISTRATE JUDGE

17    DATED: _____3-31-25_____

18

19

20

21

22

23

24

25